**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **John Doe,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 2:23-cv-2996 |
| v. : | |
| : | Judge Michael H. Watson |
| **The Ohio State University,** : | |
| : | Chief Magistrate Judge Deavers |
| **Defendant.** : | |

## NOTICE

The true name of John Doe in the above-captioned action is Steve Gresock. Mr. Gresock no longer desires to proceed anonymously and hereby consents to an amendment of the caption to bear his true name at the direction of the Court. If the Court orders Mr. Gresock to make a formal application or motion in this regard, Mr. Gresock will follow any such Order of the Court.

/s/ John C. Camillus
John C. Camillus, Trial Attorney   (0077435)
Law Offices of John C. Camillus, LLC
P.O. Box 141410
Columbus, Ohio  43214
(614) 992-1000
(614) 559-6731 (facsimile)
jcamillus@camilluslaw.com

Mitchell Schuster, Esq. (admitted pro hac vice)
Benjamin D. Bianco, Esq. (admitted pro hac vice)
Michael P. Regan (pro hac vice forthcoming)
Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor
New York, New York 10017
(212) 655-3500
(212) 655-3535 (facsimile)
ms@msf-law.com
bdb@msf-law.com
mpr@msf-law.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

                                         /s/ John C. Camillus
                                         John C. Camillus