UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2996
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

On December 13, 2023, Plaintiff filed a Notice identifying himself by his true name, Steve Gresock, and confirming that he no longer desires to proceed anonymously in this action. (ECF No. 16.) Plaintiff states that, "[i]f the Court orders Mr. Gresock to make a formal application or motion in this regard, Mr. Gresock will follow any such Order of the Court." (*Id.*) To the extent Plaintiff now desires to proceed by his true name, he is **DIRECTED** to file a motion for leave to file an amended complaint, accompanied by a memorandum in support.

IT IS SO ORDERED.

Date: 12-20-2023

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE