THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 162, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-02991 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |
| STEVE SNYDER-HILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-02993 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |
| WILLIAM KNIGHT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-02994 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, | Case No. 2:23-cv-02996 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |

|  |  |
|---|---|
| Defendant. ) <br> ) <br> ) <br> EDWARD GONZALES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE OHIO STATE UNIVERSITY, ) <br> ) <br> Defendant. ) | Case No. 2:23-cv-3051 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |

## JOINT SCHEDULING ORDER

Pursuant to the first bullet point in the Court's July 1, 2024 Order, the Parties jointly submit this Proposed Scheduling Order applicable to the five (5) related cases, captioned above, for briefing on the question of OSU's alleged "knowledge" under Title IX:

Plaintiffs' joint brief will be due on March 14, 2025;

OSU's response will be due on April 4, 2025; and

Plaintiffs' joint reply will be due on April 21, 2025.

Dated: July 9, 2024

Dated: July 9, 2024

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

*/s/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE

2