UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE,**

    **Plaintiff,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

Civil Action 2:23-cv-2996
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

Neither a sealed Complaint nor a motion to proceed pseudonymously has been filed in this case.  Previously, Plaintiff had filed a Notice identifying himself by his true name and confirming that he no longer desires to proceed anonymously in this action.  (ECF No. 16.)  In response, the Court had directed Plaintiff, to the extent he desired to proceed by his true name, to file a motion for leave to file an amended complaint, accompanied by a memorandum in support.  (ECF No. 20.)  To date, Plaintiff has not moved to amend.  Accordingly, Plaintiff is **DIRECTED** to file an amended complaint or move to proceed pseudonymously **within FOURTEEN DAYS OF THE DATE OF THIS ORDER.**

    **IT IS SO ORDERED**.

Date: May 6, 2025

*/s/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE