1
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JOHN DOE 162**, *et al.*,

    **Plaintiffs**,

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

                                  **Case No. 2:23-cv-2991**
                                  **Judge Michael H. Watson**
                                  **Magistrate Judge Elizabeth P. Deavers**

---

**STEVE SNYDER-HILL**, *et al.*,

    **Plaintiffs**,

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

                                  **Case No. 2:23-cv-2993**
                                  **Judge Michael H. Watson**
                                  **Magistrate Judge Elizabeth P. Deavers**

---

**WILLIAM KNIGHT**, *et al.*,

    **Plaintiffs**,

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

                                  **Case No. 2:23-cv-2994**
                                  **Judge Michael H. Watson**
                                  **Magistrate Judge Elizabeth P. Deavers**

---

**STEVE GRESOCK,**

    **Plaintiff**,                              **Case No. 2:23-cv-2996**
                                  **Judge Michael H. Watson**
  v.                                **Magistrate Judge Elizabeth P. Deavers**

2

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

---

**EDWARD GONZALEZ,** *et al.***,**

        **Plaintiffs,**

**v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

        **Case No. 2:23-cv-3051**
        **Judge Michael H. Watson**
        **Magistrate Judge Elizabeth P. Deavers**

---

## **ORDER**

This matter is before the Court *sua sponte* upon review of the Motion of Non-Party Leslie Wexner for an Order (a) Quashing Plaintiffs' Deposition Subpoena of January 13, 2026 or alternatively issuing a protective order prohibiting such deposition and (b) awarding Non-Party all fees and expenses.  (Case No. 2:23-cv-3051, ECF No. 155.)  In consultation with the presiding District Judge, the default briefing schedule shall not apply.  Plaintiffs are **DIRECTED** to respond to the Motion within **SEVEN (7) DAYS**.  If Defendant intends to respond, it too shall do so within **SEVEN (7) DAYS**.  No Reply will be permitted unless ordered by the Court.

        **IT IS SO ORDERED.**

        */s/ Elizabeth A. Preston Deavers*
        **ELIZABETH A. PRESTON DEAVERS**
        **UNITED STATES MAGISTRATE JUDGE**