# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN DOE 162**, *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2991**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**STEVE SNYDER-HILL**, *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**WILLIAM KNIGHT**, *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

**STEVE GRESOCK,**

       Plaintiff,

  v.

**THE OHIO STATE UNIVERSITY,**

       Defendant.

**Case No. 2:23-cv-2996**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**EDWARD GONZALEZ,** *et al.***,**

       Plaintiffs,

  v.

**THE OHIO STATE UNIVERSITY,**

       Defendant.

**Case No. 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

# ORDER

This matter is before the Court on a Motion for Leave to File Amicus Response to Plaintiff's Motion to Compel filed by non-party State Medical Board of Ohio. (ECF No. 171 in *Gonzales v. The Ohio State University*, Case No. 2:23-cv-3051.) For good cause shown, the Motion is **GRANTED.** The State Medical Board of Ohio may have until **MARCH 17, 2026**, to file its amicus response.

      **IT IS SO ORDERED**.

Date: February 27, 2026

                                        */s/ Elizabeth A. Preston Deavers*
                                        ELIZABETH A. PRESTON DEAVERS
                                        UNITED STATES MAGISTRATE JUDGE